# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-20-00051-002-TUC-JAS (DTF) |
| Plaintiff, | **ORDER** |
| v. | |
| Demetrius Verardi Ramos, | |
| Defendant. | |

Pending before the Court is a Report and Recommendation (Doc.171) issued by United States Magistrate Judge Ferarro that recommends denying Defendant's Motion to Dismiss/Elect (Duplicity) (Doc. 167) to the extent that Defendant requests dismissal of the indictment. A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

The Court has reviewed the entire record and concludes that Magistrate Judge Ferarro's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Ferarro's Report and Recommendation (Doc. 171) is accepted and adopted.

(2) Defendant's Motion to Dismiss/Elect (Duplicity) (Doc. 167) is DENIED to the extent

1  that Defendant requests dismissal of the indictment.

Dated this 19th day of March, 2021.

_____
Honorable James A. Soto
United States District Judge